IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE TECH GROUP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.: 1:17-CV-3155- GLR |
| | ) |
| LENNAR CORPORATION, *et al.* | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, The Tech Group, Inc., and Defendants, Lennar Multifamily Communities, LLC dba Lennar Multifamily Communities, Lennar Corporation, LMV Annapolis Holdings, LLC, and Drum, Loyka & Associates, LLC, by and through their counsel and, pursuant to Rule 41-(a)(1), hereby stipulate to dismiss the above captioned case with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted,

*/s/ Mark A. Freeman*
Mark A. Freeman (#013635)
FREEMAN & FREEMAN, P.C.
100 Park Avenue, Suite 250
Rockville, MD  20850
T: (301) 315-0200
F: (301) 315-0210
mafreeman@rcn.com
*Attorneys for Plaintiff, The Tech Group, Inc.*

*/s/ Howard G. Goldberg*
Howard G. Goldberg (# 01210)
1829 Reisterstown Road, Suite 120
Baltimore, Maryland 21208
Tel:  (410) 580-9530
Fax:  (410) 580-9539
hgoldberg@gbpclawfirm.com
*Attorneys for Defendants, Lennar*
*Corporation, Lennar Multi-Family*
*Communities, LLC and LMV Annapolis*
*Holdings, LLC*


*/s/ John A. King*
John A. King, Esq. (#00632)
Ronan A. Geronimo, Esq. (#19078)
The Anderson House
39 West Montgomery Avenue
Rockville, Maryland 20850
Tel.: (301) 279-0780
Fax: (301) 279-2988
jking@kingattridge.com
rgeronimo@kingattridge.com
*Attorneys for Defendant,*
*Drum, Loyka & Associates, LLC*
