IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE TECH GROUP, INC., )
)
    Plaintiff, )
)
v. )   Case No.: 1:17-CV-3155- GLR
)
LENNAR CORPORATION, et al. )
)
    Defendants. )

### STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, The Tech Group, Inc., and Defendants, Lennar Multifamily Communities, LLC dba Lennar Multifamily Communities, Lennar Corporation, LMV Annapolis Holdings, LLC, and Drum, Loyka & Associates, LLC, by and through their counsel and, pursuant to Rule 41-(a)(1), hereby stipulate to dismiss the above captioned case with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted,

/s/ Mark A. Freeman
Mark A. Freeman (#013635)
FREEMAN & FREEMAN, P.C.
100 Park Avenue, Suite 250
Rockville, MD 20850
T: (301) 315-0200
F: (301) 315-0210
mafreeman@rcn.com
*Attorneys for Plaintiff, The Tech Group, Inc.*

APPROVED THIS 16th DAY OF Oct, 2018

GEORGE L. RUSSELL, III, U.S.D.J.

